UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
10.25.18

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 3:18-cr-195-J-32JBT
    18 U.S.C. § 922(g)(1)
JERARD KEATON DAVIS   21 U.S.C. § 841(a)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 26, 2018, in the Middle District of Florida, the defendant,

JERARD KEATON DAVIS,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Possession of Cocaine with Intent to Sell, on or about June 18, 2007;

2. Possession of Cocaine with Intent to Sell, on or about June 18, 2007;

3. Possession of MDMA with Intent to Sell or Deliver, on or about June 18, 2007;

4. Possession of Marijuana with Intent to Sell, on or about June 18, 2007;

5. Fleeing or Attempting to Elude a Law Enforcement Officer, on or about June 18, 2007;

6. Driving While License Suspended (Habitual), on or about June 18, 2007;

7. Driving While License Suspended (Habitual), on or about July 19, 2012;

8. Driving While License Suspended (Habitual), on or about July 19, 2012;

9. Sale of Cocaine, on or about July 19, 2012;

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Smith & Wesson .380 caliber pistol.

In violation of 18 U.S.C. §§ 922(g) and 924(e).

## COUNT TWO

On or about July 26, 2018, in the Middle District of Florida, and elsewhere, the defendant,

JERARD KEATON DAVIS,

did knowingly possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1. The allegations contained in Counts One and Two of this indictment are incorporated by reference for the purpose of alleging forfeiture under 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

2.  Upon conviction of a violation of 18 U.S.C. § 924(g)(1), the defendant, JERARD KEATON DAVIS, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense.

3.  Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant, JERARD KEATON DAVIS, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

4.  The property to be forfeited includes, but is not limited to, a Smith & Wesson .380 caliber pistol.

5.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture or substitute property pursuant to 21 U.S.C. § 853, and 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

                                                      A TRUE BILL,

                                                      _____
                                                      Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
     David B. Mesrobian
     Assistant United States Attorney

By: _____
     Frank Talbot
     Assistant United States Attorney
     Chief, Jacksonville Division

FORM OBD-34
10/15/18 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JERARD KEATON DAVIS

## INDICTMENT

Violations:  Count 1:  18 U.S.C. §§ 922(g)(1) and 924(e)
             Count 2:  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

A true bill,

_____
Foreperson

Filed in open court this 25th day

of October, 2018.

_____
Clerk

Bail  $ _____

GPO 863 525